UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHRISTOPHER S. BRUMFIELD                CIVIL ACTION

VERSUS                                   NUMBER: 11-2452

WARDEN JOYCE JACKSON, ET AL.             SECTION: "S"(5)


O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed for failure to prosecute.

New Orleans, Louisiana, this 29th day of February, 2012.

UNITED STATES DISTRICT JUDGE